IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JUL 25 P 3: 27

CLERK _____
SO. DIST. OF GA

| | | |
|---|---|---|
| KENNETH W. DILAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 312-032 |
| | ) | |
| DAVID FRAIZER, Warden, Telfair | ) | |
| State Prison, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court.  Therefore, this case is **DISMISSED** without prejudice, and this civil action shall

be **CLOSED**.

SO ORDERED this 25th day of July, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE