IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KENNETH W. DILAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV 312-032 |
| DAVID FRAIZER, Warden, Telfair State Prison, et al., | ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this civil action shall be **CLOSED**.

SO ORDERED this 25th day of July, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE